AO 440 (Rev. 10/2002) Summons in a Civil Case

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

CASE NO. 07-20119 CIV-JORDAN / TORRES

Simone Joachim-Arnaud, As Personal
Representative of the Estate of
Jimmy Joachim-Arnaud, Deceased,

        Plaintiff,

vs.

West Caribbean Airways, S.A., a Colombian
corporation, et al.,

        Defendants.

FILED by JC D.C.
INTAKE
JAN 16 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

### SUMMONS IN A CIVIL CASE

To: (name and address of defendant)

**WEST CARIBBEAN AIRWAYS, S.A.**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

Robin R. Anderson, Esquire
Florida Bar No. 748811
28 Bridgeside Boulevard (29464)
Post Office Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JAN 16 2007

Clarence Maddox
_____          _____
CLERK                                 DATE

Clerk of Court

_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-20119 CIV-JORDAN / TORRES

Simone Joachim-Arnaud, As Personal
Representative of the Estate of
Jimmy Joachim-Arnaud, Deceased,

    Plaintiff,

vs.

West Caribbean Airways, S.A., a Colombian
corporation, et al.,

    Defendants.

FILED by JC D.C.
INTAKE
JAN 16 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

## SUMMONS IN A CIVIL CASE

**To: (name and address of defendant)**

    MK AVIATION, S.A.
    Edilficio Vallarino
    Calle 52 y Elvira Mendez
    Apartado 0819-09791
    Panama City, Panama

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

    Robin R. Anderson
    Florida Bar No. 748811
    28 Bridgeside Boulevard (29464)
    Post Office Box 1792
    Mt. Pleasant, SC 29465
    Telephone: (843) 216-9000
    Facsimile: (843) 216-9440

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

JAN 16 2007

DATE

AO 440 (Rev. 10/2002) Summons in a Civil Case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-20119

Simone Joachim-Arnaud, As Personal )
Representative of the Estate of )
Jimmy Joachim-Arnaud, Deceased, )
) CIV-JORDAN
Plaintiff, ) TORRES
)
vs. )
)
West Caribbean Airways, S.A., a Colombian )
corporation, et al., )
)
Defendants. )

SUMMONS IN A CIVIL CASE

FILED by JC D.C.
INTAKE

JAN 16 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

To: (name and address of defendant)

MKA CAPITAL, INC.
c/o JOHN FURUTANI
911 E. Colorado Blvd, Suite 310
Pasadena, CA 91106

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

Robin R. Anderson, Esquire
Florida Bar No. 748811
28 Bridgeside Boulevard (29464)
Post Office Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

An answer to the complaint which is herewith served upon you, within ___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JAN 16 2007

Clarence Maddox
CLERK
Clerk of Court

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/2002) Summons in a Civil Case

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO. 07-20119 CIV-JORDAN / TORRES

Simone Joachim-Arnaud, As Personal Representative of the Estate of Jimmy Joachim-Arnaud, Deceased,

   Plaintiff,

vs.

West Caribbean Airways, S.A., a Colombian corporation, et al.,

   Defendants.

FILED by JC D.C.
INTAKE
JAN 1 6 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

### SUMMONS IN A CIVIL CASE

**To:** (name and address of defendant)

   MK LEASING U.S.A., LTD.
   14330 Midway Road
   Dallas, Texas  75244

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

   Robin R. Anderson, Esquire
   Florida Bar No. 748811
   28 Bridgeside Boulevard (29464)
   Post Office Box 1792
   Mt. Pleasant, SC 29465
   Telephone:  (843) 216-9000
   Facsimile:  (843) 216-9440

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                          JAN 1 6 2007
_____                             _____
CLERK                                                    DATE
Clerk of Court

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-20119

CIV-JORDAN

/TORRES

Simone Joachim-Arnaud, As Personal
Representative of the Estate of
Jimmy Joachim-Arnaud, Deceased,

    Plaintiff,

vs.

West Caribbean Airways, S.A., a Colombian
corporation, et al.,

    Defendants.

FILED by JC D.C.
INTAKE
JAN 16 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**SUMMONS IN A CIVIL CASE**

To: (name and address of defendant)

    MK AVIATION U.S.A., INC.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

    Robin R. Anderson, Esquire
    Florida Bar No. 748811
    28 Bridgeside Boulevard (29464)
    Post Office Box 1792
    Mt. Pleasant, SC 29465
    Telephone: (843) 216-9000
    Facsimile: (843) 216-9440

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK
Clerk of Court

JAN 16 2007
DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
### CASE NO. 07-20119

Simone Joachim-Arnaud, As Personal )
Representative of the Estate of )    **CIV-JORDAN**
Jimmy Joachim-Arnaud, Deceased, )
) *[TORRES]*
Plaintiff, )
)
vs. )
)
West Caribbean Airways, S.A., a Colombian )
corporation, et al., )
)
Defendants. )

FILED by _____ D.C.
INTAKE
JAN 1 6 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

### SUMMONS IN A CIVIL CASE

**To: (name and address of defendant)**

**MORDECHAY KRASELNICK**
9801 Collins Avenue, 14U
Bal Harbour, Florida 33154-1830

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

Robin R. Anderson
Florida Bar No. 748811
28 Bridgeside Boulevard (29464)
Post Office Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                          JAN 1 6 2007
_____          _____
CLERK                                    DATE
Clerk of Court

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-20119

Simone Joachim-Arnaud, As Personal )
Representative of the Estate of )
Jimmy Joachim-Arnaud, Deceased, ) CIV-JORDAN
)
Plaintiff, ) /TORRES
)
vs. )
)
West Caribbean Airways, S.A., a Colombian )
corporation, et al., )
)
Defendants. )

SUMMONS IN A CIVIL CASE

FILED ___JC___ D.C.
INTAKE
JAN 1 6 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

To: (name and address of defendant)

**GLOBE-TROTTERS DE RIVIÈRE SALÉE TRAVEL**
50, rue Schoelcher 97215
Rivière Salée
Martinique

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

Robin R. Anderson
Florida Bar No. 748811
28 Bridgeside Boulevard (29464)
Post Office Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JAN 1 6 2007

Clarence Maddox
CLERK                                       DATE
Clerk of Court

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. _____

07-20119

CIV-JORDAN

/TORRES

| | |
|---|---|
| Simone Joachim-Arnaud, As Personal Representative of the Estate of Jimmy Joachim-Arnaud, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> West Caribbean Airways, S.A., a Colombian corporation, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

FILED by JC D.C.
INTAKE
JAN 16 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

SUMMONS IN A CIVIL CASE

**To: (name and address of defendant)**

**VALERIE CVRK**
Globe-Trotters De Rivière Salée Travel
50, rue Schoelcher 97215
Rivière Salée
Martinique

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

Robin R. Anderson
Florida Bar No. 748811
28 Bridgeside Boulevard (29464)
Post Office Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

JAN 16 2007

CLERK                                                                                   DATE
Clerk of Court

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-20119 CIV-JORDAN

Simone Joachim-Arnaud, As Personal
Representative of the Estate of
Jimmy Joachim-Arnaud, Deceased,

    Plaintiff,

vs.

West Caribbean Airways, S.A., a Colombian
corporation, et al.,

    Defendants.

FILED by JC D.C.
INTAKE
JAN 1 6 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

SUMMONS IN A CIVIL CASE

**To: (name and address of defendant)**

**SAMIR CVRK**
Globe-Trotters De Rivière Salée Travel
50, rue Schoelcher 97215
Rivière Salée
Martinique

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

Robin R. Anderson
Florida Bar No. 748811
28 Bridgeside Boulevard (29464)
Post Office Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                 JAN 1 6 2007

CLERK                                         DATE
Clerk of Court

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 07-20119 CIV-JORDAN / TORRES

Simone Joachim-Arnaud, As Personal
Representative of the Estate of
Jimmy Joachim-Arnaud, Deceased,

    Plaintiff,

vs.

West Caribbean Airways, S.A., a Colombian
corporation, et al.,

    Defendants.

FILED by JC D.C.
INTAKE
JAN 16 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

**SUMMONS IN A CIVIL CASE**

**To: (name and address of defendant)**

    **JACQUES M. CIMETIER, SR.**
    45 E. Sheridan Street, Suite B
    Dania, Florida 33004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

    Robin R. Anderson
    Florida Bar No. 748811
    28 Bridgeside Boulevard (29464)
    Post Office Box 1792
    Mt. Pleasant, SC 29465
    Telephone: (843) 216-9000
    Facsimile: (843) 216-9440

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                          JAN 16 2007

_____        _____
CLERK                                                        DATE
Clerk of Court

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-20119 CIV-JORDAN /TORRES

Simone Joachim-Arnaud, As Personal
Representative of the Estate of
Jimmy Joachim-Arnaud, Deceased,

        Plaintiff,

vs.

West Caribbean Airways, S.A., a Colombian
corporation, et al.,

        Defendants.

FILED by JC D.C.
INTAKE
JAN 16 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

**SUMMONS IN A CIVIL CASE**

To: (name and address of defendant)

    **NEWVAC CORPORATION**
    45 E. Sheridan Street, Suite B
    Dania, Florida 33004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

    Robin R. Anderson, Esquire
    Florida Bar No. 748811
    28 Bridgeside Boulevard (29464)
    Post Office Box 1792
    Mt. Pleasant, SC 29465
    Telephone: (843) 216-9000
    Facsimile: (843) 216-9440

An answer to the complaint which is herewith served upon you, within ____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                 JAN 16 2007
_____        _____
CLERK                                       DATE
Clerk of Court
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-20119-CIV-JORDAN /TORRES

Simone Joachim-Arnaud, As Personal
Representative of the Estate of
Jimmy Joachim-Arnaud, Deceased,

        Plaintiff,

vs.

West Caribbean Airways, S.A., a Colombian
corporation, et al.,

        Defendants.

FILED by JC D.C.
INTAKE
JAN 1 6 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

**SUMMONS IN A CIVIL CASE**

**To: (name and address of defendant)**

    GO 2 GALAXY, INC.
    C/O Jacques Cimetier, Sr.
    1100 Lee Wagener
    Fort Lauderdale, FL  33315

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

    Robin R. Anderson
    Florida Bar No. 748811
    28 Bridgeside Boulevard (29464)
    Post Office Box 1792
    Mt. Pleasant, SC 29465
    Telephone:  (843) 216-9000
    Facsimile:  (843) 216-9440

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                               JAN 1 6 2007

_____            _____
CLERK                                                    DATE
Clerk of Court

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

---

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

CASE NO. 07-20119

CIV-JORDAN

Simone Joachim-Arnaud, As Personal
Representative of the Estate of
Jimmy Joachim-Arnaud, Deceased,

        Plaintiff,

vs.

/TORRES/

West Caribbean Airways, S.A., a Colombian
corporation, et al.,

        Defendants.

FILED by ___ D.C.
INTAKE

JAN 1 6 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### SUMMONS IN A CIVIL CASE

To: (name and address of defendant)

**THE AERONAUTICS OF ASTRONAUTICS SERVICES, U.S.A., INC**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

    Robin R. Anderson
    Florida Bar No. 748811
    28 Bridgeside Boulevard (29464)
    Post Office Box 1792
    Mt. Pleasant, SC 29465
    Telephone: (843) 216-9000
    Facsimile: (843) 216-9440

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

JAN 16 2007

CLERK                                       DATE
Clerk of Court

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-20119

CIV-JORDAN

/TORRES

Simone Joachim-Arnaud, As Personal )
Representative of the Estate of )
Jimmy Joachim-Arnaud, Deceased, )
 )
Plaintiff, )
 )
vs. )
 )
West Caribbean Airways, a Colombian corporation, )
et al., )
 )
Defendants. )

FILED by ___ D.C.
INTAKE
JAN 16 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

SUMMONS IN A CIVIL CASE

To: (name and address of defendant)

SANCON RESOURCES RECOVERY, INC.
6100 Neil Road Suite 500
Reno, Nevada 89511

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

Robin R. Anderson, Esquire
Florida Bar No. 748811
28 Bridgeside Boulevard (29464)
Post Office Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                            JAN 16 2007
_____      _____
CLERK                                                          DATE
Clerk of Court

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-20119
CIV-JORDAN
/TORRES

Simone Joachim-Arnaud, As Personal
Representative of the Estate of
Jimmy Joachim-Arnaud, Deceased,

        Plaintiff,

vs.

West Caribbean Airways, S.A., a Colombian
corporation, et al.,

        Defendants.

FILED by JC D.C.
INTAKE
JAN 1 6 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

SUMMONS IN A CIVIL CASE

To: (name and address of defendant)

    ASEGURADORA COLSEGUROS, S.A.
    Carrera 13A No. 29-24 Piso 19
    Santafe de Bogota DC
    Columbia

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

    Robin R. Anderson
    Florida Bar No. 748811
    28 Bridgeside Boulevard (29464)
    Post Office Box 1792
    Mt. Pleasant, SC 29465
    Telephone: (843) 216-9000
    Facsimile: (843) 216-9440

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK                                                    JAN 1 6 2007

Clerk of Court                                         DATE

(BY) DEPUTY CLERK